**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED

2018 MAY 17 PM 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| **PLAINTIFF** | SA 18-257 M |
| v. | |
| STEPHEN WILLIAM BEAL | **REPORT COMMENCING CRIMINAL** |
| **DEFENDANT** | **ACTION** |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  05/16/18                    1130   ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   26 USC 5861 (d)  POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth:  1959

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:   Duty

10. Remarks (if any):  NONE

11. Name:  CHRISTOPHER T. ROWE  (please print)

12. Office Phone Number:  714-323-2504          13. Agency:  FBI

14. Signature:  Christopher T. Rowe          15. Date:  05/17/18

CR-64 (2/14)                    **REPORT COMMENCING CRIMINAL ACTION**