# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Southern Division |
| vs. | Case #: 8:18-MJ-00257  Local Complaint |
| Stephen William Beal | Initial App. Date: 05/17/2018  Custody |
| | Time: 02:00 PM |
| Defendant. | Date Filed: 05/17/2018 |
| | Violation: 26 USC § 5861(d) |
| | CourtSmart/Reporter: Miriam Baird |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Karen E. Scott**

**CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**

| Jazmin Dorado | Mark Takla & Patrick Fitzgerald | / None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Attorney: Amy Karlin ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: <u>CONTINUED.</u>

☑ Defendant is ordered: Temporarily Detained (see separate order).

☑ Case continued to (Date) Monday, May 21, 2018, at 2:00pm

☑ Type of Hearing: <u>Detention Hearing</u> Before Judge <u>Scott</u> / Duty Magistrate Judge.

☑ Proceedings will be held in the <u>Courtroom 6A</u>

☑ Defendant committed to the custody of the U.S. Marshal

☑ Abstract of Order to Return Defendant to Court on Next Court Day--M-20 issued. Original forwarded to USM.

☑ PSA, ☑ FINANCIAL, ☑ READY

Deputy Clerk Initials: JD
00 : 08