HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-Mail: hilary_potashner@fd.org)
Amy Karlin (Bar No. 150016)
Deputy Federal Public Defender
(Email: Amy_Karlin@fd.org)
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Stephen William Beal <br><br> Defendant. | Case No. SA CR 18-257m <br><br> **Assertion of Fifth and Sixth Amendment Rights** |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____   _____
(Defendant's Signature)                    Attorney's Name/Signature

Date/Time 5/17/18 _____ a.m./p.m.

Interpreter: _____
If defendant is not English speaker, include the following: