1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   ANNAMARTINE SALICK (Cal. Bar No. 309254)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-3424
7       Facsimile:  (213) 894-2927
        Email:      annamartine.salick2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,            No. SA 18-257M

13         Plaintiff,                   NOTICE OF REASSIGNMENT OF CRIMINAL
                                        CASE
14              v.

15 STEPHEN WILLIAM BEAL,

16         Defendant.

17

18
        Plaintiff, United States of America, hereby advises the court
19
   that the above-captioned case has been reassigned to a new Assistant
20
   United States Attorney ("AUSA") as follows:
21

22 |                      | Name               | E-mail Address                |
   |----------------------|--------------------|-------------------------------|
23 | Newly Assigned AUSA  | Annamartine Salick | annamrtine.salick@usdoj.gov   |

24
   Please make all necessary changes to the court's Case Management/
25
   Electronic Case Filing system to ensure that the newly assigned AUSA
26

27

28

is associated with this case and receives all e-mails relating to filings in this case.

Dated: May 25, 2018	Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

   */s/ Annamartine Salick*
ANNAMARTINE SALICK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA