NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar. No. 309254)
Assistant United States Attorney
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:     mark.takla@usdoj.gov
               annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA 18-257M |
|---|---|
| Plaintiff, | MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, moves to dismiss the complaint against defendant STEPHEN WILLIAM BEAL without prejudice. Further examination by the Federal Bureau of Investigation raises questions as to whether the devices

///

meet the statutory definition for a "destructive device" contained in 18 U.S.C. § 5845.

Dated: May 26, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*

MARK TAKLA
ANNAMARTINE SALICK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA