1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   MARK TAKLA (Cal. Bar No. 218111)
4  ANNAMARTINE SALICK (Cal. Bar. No. 309254)
   Assistant United States Attorney
5  Terrorism and Export Crimes Section
        United States Attorney's Office
6       411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
7       Telephone:  (714) 338-3591
        Facsimile:  (714) 338-3561
8       Email:      mark.takla@usdoj.gov
                    annamartine.salick2@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                   UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. SA 18-257M

14              Plaintiff,            [PROPOSED] ORDER DISMISSING THE
                                      COMPLAINT WITHOUT PREJUDICE
15              v.

16 STEPHEN WILLIAM BEAL,

17              Defendant.

18

19      Having considered the government's motion to dismiss the

20 complaint, the Court hereby dismisses the complaint against STEPHEN

21 WILLIAM BEAL without prejudice.  The defendant is ordered released

22 forthwith.

23   IT IS SO ORDERED.

24

25   _____        _____
     DATE                               THE HONORABLE KAREN E. SCOTT
26                                       UNITED STATES MAGISTRATE JUDGE

27

28