1  NICOLA T. HANNA
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   MARK TAKLA (Cal. Bar No. 218111)
4  ANNAMARTINE SALICK (Cal. Bar. No. 309254)
   Assistant United States Attorney
5  Terrorism and Export Crimes Section
       United States Attorney's Office
6      411 West Fourth Street, Suite 8000
       Santa Ana, California 92701
7      Telephone:  (714) 338-3591
       Facsimile:  (714) 338-3561
8      Email:     mark.takla@usdoj.gov
                  annamartine.salick2@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      No. SA 18-257M

14              Plaintiff,        [PROPOSED] ORDER DISMISSING THE
                                  COMPLAINT WITHOUT PREJUDICE
15       v.

16 STEPHEN WILLIAM BEAL,

17              Defendant.

18

19      Having considered the government's motion to dismiss the

20 complaint, the Court hereby dismisses the complaint against STEPHEN

21 WILLIAM BEAL without prejudice.  The defendant is ordered released

22 forthwith.

23   IT IS SO ORDERED.

24   _5/26/18_____          _Karen E. Scott_____
25   DATE                            THE HONORABLE KAREN E. SCOTT
                                     UNITED STATES MAGISTRATE JUDGE
26

27 Per USMS (Maria Hernandez) and FPD office (Rebecca Perez), defendant was
28 released on 5/27/18.  No release order needed.  JD 5/29/18

FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY